Donald M. Falk (Cal. Bar No. 150256)
SCHAERR | JAFFE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 562-4942
dfalk@schaerr-jaffe.com

H. Christopher Bartolomucci (D.C. Bar No. 453423)*
Brian J. Field (D.C. Bar No. 985577)*
Aaron Gordon (Texas Bar No. 24129117)*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
cbartolomucci@schaerr-jaffe.com
bfield@schaerr-jaffe.com
agordon@schaerr-jaffe.com

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ABATTI; THE MICHAEL AND KERRI ABATTI FAMILY TRUST; MIKE ABATTI FARMS, LLC; JAMES ABATTI; THE ABATTI FAMILY TRUST DATED JULY 21, 2005; MADJAC FARMS, INC.; MARGARET L. ABATTI; THE ABATTI FAMILY TRUST DATED AUGUST 7, 1991; ROBERT PRESLEY; DANA PRESLEY; SMOKE TREE RANCHES, LLC; ALEX ABATTI, JR.; LA VALLE SABBIA, INC.; THE C. ALEX ABATTI, JR. 1996 FAMILY TRUST UDT DATED FEBRUARY 2, 1996; RUSSELL BROS. RANCHES, INC.; NOWLIN FAMILY | Case No.: 22-cv-1323-MMA-KSC<br>The Honorable Michael M. Anello<br><br>**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Hearing Date: TBD<br>Time: TBD<br>Courtroom: 3C<br><br>Date Action Filed: September 2, 2022 |

|   |   |
|---|---|
| 1 | LLC; VICTOR THOMSON TRUST; THOMSON INFINITY X I & QUASAR Z Q JT; OSBORN FAMILY TRUST & STACEY L. LOVE TRUST; STEVE G DAHM TRUST; HAROLD E. RICHTER REVOCABLE TRUST; RICHTER 1991 FAMILY TRUST EXEMPTION TRUST; ROY F. RICHTER FAMILY REVOCABLE LIVING TRUST; MARY A. JACKSON; MARY A. AND CHRISMAN B. JACKSON TRUST DATED FEBRUARY 22, 1993; and THE TODD AND JENNIFER MITOSINKA FAMILY TRUST, |

LLC; VICTOR THOMSON TRUST; THOMSON INFINITY X I & QUASAR Z Q JT; OSBORN FAMILY TRUST & STACEY L. LOVE TRUST; STEVE G DAHM TRUST; HAROLD E. RICHTER REVOCABLE TRUST; RICHTER 1991 FAMILY TRUST EXEMPTION TRUST; ROY F. RICHTER FAMILY REVOCABLE LIVING TRUST; MARY A. JACKSON; MARY A. AND CHRISMAN B. JACKSON TRUST DATED FEBRUARY 22, 1993; and THE TODD AND JENNIFER MITOSINKA FAMILY TRUST,

*Plaintiffs*,

v.

IMPERIAL IRRIGATION DISTRICT; ALEX CARDENAS; JAVIER GONZALEZ; J.B. HAMBY; KARIN EUGENIO; and GINA DOCKSTADER, in their official capacities as members of the Board of Directors,

*Defendants*.

On January 23, 2023, Defendants filed a Notice of Motion and Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. 17). The Notice of Motion contains a hearing date of February 27, 2023 at 2:30 p.m. On February 2, 2023, the parties jointly filed a Motion and Stipulation Regarding Motion to Dismiss Deadlines, which, in addition to extending the deadline for Plaintiffs' Opposition (until March 13) and Reply (April 10), the Stipulation also contained the following language:

> WHEREAS, the hearing on Defendants' Motion to Dismiss is currently scheduled for February 27, 2023; thus, the Parties further agree and request that the hearing on Defendants' Motion to Dismiss be vacated and rescheduled to take place at least two

weeks after Defendants file their reply in support of their Motion to Dismiss based on the Court's convenience and availability.

Doc. 19 ¶ 3.

Pursuant to this Court's Order of February 2, 2023 (Doc. 20), the February 27, 2023 hearing on Defendants' Motion to Dismiss was vacated.  The Court also indicated that "Upon completion of the briefing, the Court will either set a new hearing date *or take the matter under submission*." (emphasis added).

Pursuant to Local Rule 7.1.d.1 ("Motions must be determined upon the moving papers … and oral argument.  A judge may, in the judge's discretion, decide a motion without oral argument."), Plaintiffs hereby respectfully request oral argument on their Opposition to Defendants' Motion to Dismiss.  This case and the motion to dismiss raise important and complex questions of law regarding the constitutional rights of Plaintiffs, as well as of other agricultural landowners in the Imperial Valley.  Given the importance of these issues and their implications for the public at large, Plaintiffs believe that the Court's decision-making process would be significantly aided by oral argument.

Respectfully submitted,

Donald M. Falk
  Cal. Bar No. 150256
SCHAERR | JAFFE LLP
Four Embarcadero Center
Suite 1400
San Francisco, CA 94111
(415) 562-4942
dfalk@schaerr-jaffe.com

By: */s/ H. Christopher Bartolomucci*
H. Christopher Bartolomucci*
  D.C. Bar No. 452423
Brian J. Field*
  D.C. Bar No. 985577
Aaron Gordon*
  Texas Bar No. 24129117

|     |     |
| --- | --- |
| 1   | SCHAERR | JAFFE LLP |
| 2   | 1717 K Street NW, Suite 900 |
|     | Washington, DC 20006 |
| 3   | (202) 787-1060 |
|     | cbartolomucci@schaerr-jaffe.com |
| 4   | bfield@schaerr-jaffe.com |
| 5   | agordon@schaerr-jaffe.com |

*Admitted *pro hac vice*

*Counsel for Plaintiffs*

Dated: March 13, 2023