1  NOSSAMAN LLP
   FREDERIC A. FUDACZ (SBN 50546)
2  ffudacz@nossaman.com
   JENNIFER L. MEEKER (SBN 260138)
3  jmeeker@nossaman.com
   GINA R. NICHOLLS (SBN 270174)
4  gnicholls@nossaman.com
   RAVEN MCGUANE (SBN 336505)
5  rmcguane@nossaman.com
   777 South Figueroa Street, 34th Floor
6  Los Angeles, CA 90017
   Telephone:  213.612.7800
7  Facsimile:   213.612.7801
8
9  Attorneys for Defendants IMPERIAL IRRIGATION
   DISTRICT, ALEX CARDENAS; JAVIER GONZALEZ;
10 J.B. HAMBY; KARIN EUGENIO; and GINA
   DOCKSTADER, in their official capacities as members
11 of the Board of Directors
12

13             UNITED STATES DISTRICT COURT

14            SOUTHERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| 16 MICHAEL ABATTI; THE MICHAEL AND KERRI ABATTI FAMILY | Case No:  22-cv-1323-MMA-KSC |
| 17 TRUST; MIKE ABATTI FARMS, LLC; JAMES ABATTI; THE ABATTI | **JOINT MOTION AND** |
| 18 FAMILY TRUST DATED JULY 21, 2005; MADJAC FARMS, INC.; | **STIPULATION REGARDING LENGTH OF DEFENDANTS' REPLY IN SUPPORT OF MOTION** |
| 19 MARGARET L. ABATTI; THE ABATTI FAMILY TRUST DATED | **TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT** |
| 20 AUGUST 7, 1991; ROBERT PRESLEY; DANA PRESLEY; SMOKE TREE | |
| 21 RANCHES, LLC; ALEX ABATTI, JR.; LA VALLE SABBIA, INC.; THE C. | Date Action Filed: September 2, 2022 |
| 22 ALEX ABATTI, JR. 1996 FAMILY TRUST UDT DATED FEBRUARY 2, | |
| 23 1996; RUSSELL BROS. RANCHES, INC.; NOWLIN FAMILY LLC; | |
| 24 VICTOR THOMSON TRUST; THOMSON INFINITY X I & QUASAR | |
| 25 Z Q JT; OSBORN FAMILY TRUST & STACEY L. LOVE TRUST; STEVE G | |
| 26 DAHM TRUST; HAROLD E. RICHTER REVOCABLE TRUST; | |
| 27 RICHTER 1991 FAMILY TRUST EXEMPTION TRUST; ROY F. | |
| 28 RICHTER FAMILY REVOCABLE | |

JOINT MOTION AND STIPULATION RE LENGTH OF DEFENDANTS' REPLY ISO
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
61388857.v1

1  LIVING TRUST; MARY A. JACKSON;
   MARY A. AND CHRISMAN B.
2  JACKSON TRUST DATED
   FEBRUARY 22, 1993; and THE TODD
3  AND JENNIFER MITOSINKA
   FAMILY TRUST,
4
                Plaintiffs,
5
        vs.
6
   IMPERIAL IRRIGATION DISTRICT;
7  ALEX CARDENAS; JAVIER
   GONZALEZ; J.B. HAMBY; KARIN
8  EUGENIO; and GINA DOCKSTADER,
   in their official capacities as members of
9  the Board of Directors,
10
                Defendants.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 22-cv-1323-MMA-KSC

JOINT MOTION AND STIPULATION RE LENGTH OF DEFENDANTS' REPLY ISO
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
61388857.v1

1         Pursuant to Civil Local Rule 7.2, Plaintiffs Michael Abatti, et al.

2   ("Plaintiffs") and Defendants Imperial Irrigation District, et al. ("Defendants"), the

3   parties to the above-entitled action (collectively, the "Parties"), through their

4   respective counsel of record, hereby stipulate and agree as follows:

5         WHEREAS, on January 23, 2023, Defendants filed their Notice of Motion

6   and Motion to Dismiss Plaintiffs' Second Amended Complaint. Dkt. 17;

7         WHEREAS, on March 13, 2023, Plaintiffs filed their Response in

8   Opposition to Defendants' Motion to Dismiss Second Amended Complaint

9   (Opposition Brief). Dkt. 23;

10         WHEREAS Civil Local Rule 7.1.h. provides that reply memorandum shall

11   not exceed ten pages;

12         WHEREAS, based on the complexity of the issues in this water rights case

13   involving historic events, prior binding rulings by the United States Supreme Court

14   and California Court of Appeal, and interplay between California and Federal law,

15   as well as arguments concerning the foregoing raised by Plaintiffs their Opposition

16   Brief, Defendants requested additional pages to enable them to properly respond in

17   their reply brief in support of their Motion to Dismiss Plaintiffs' Second Amended

18   Complaint ("Reply Brief");

19         WHEREAS, on March 23, 2023, Plaintiffs agreed to stipulate to extend the

20   maximum length of Defendants' Reply Brief by five (5) additional pages for a total

21   of 15 pages;

22         WHEREAS, good cause exists to grant this Joint Motion and Stipulation.

23   This stipulated length modification of Defendants' Reply Brief will not alter the date

24   of any event, or any deadline already fixed by Court order. It will also allow

25   Defendants sufficient pages to respond to Plaintiffs' Opposition Brief. The parties'

26   stipulation promotes judicial economy and clarity given the complex issues

27   presented. There is no prejudice to either party resulting from this limited

28

JOINT MOTION AND STIPULATION RE LENGTH OF DEFENDANTS' REPLY ISO
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

61388857.v1

1  stipulation.

2      THEREFORE, the Parties stipulate, agree, and request that the Court enter

3  an order as follows:

4      1.     The maximum length of Defendants' Reply Brief in support of its

5  Motion to Dismiss Plaintiffs' Second Amended Complaint is extended by five (5)

6  pages to not exceed fifteen (15) pages.

7

8  Date:  March 28, 2023          NOSSAMAN LLP
                                   FREDERIC A. FUDACZ
9                                  JENNIFER L. MEEKER
                                   GINA R. NICHOLLS
10                                 RAVEN MCGUANE

11

12                             By:  */s/Jennifer L. Meeker*
                                    Jennifer L. Meeker

13                             Attorneys for Defendants IMPERIAL
14                             IRRIGATION DISTRICT, ALEX
                               CARDENAS; JAVIER GONZALEZ; J.B.
15                             HAMBY; KARIN EUGENIO; and GINA
                               DOCKSTADER, in their official capacities
16                             as members of the Board of Directors

17

18 Date:  March 28, 2023          SCHAERR JAFFE LLP
                                   DONALD M. FALK
19                                 H. CHRISTOPHER BARTOLOMUCCI
                                   BRIAN J. FIELD
20

21

22                             By:  */s/H. Christopher Bartolomucci*
                                    H. Christopher Bartolomucci

23                             Attorneys for Plaintiffs MICHAEL
                               ABATTI; THE MICHAEL AND KERRI
24                             ABATTI FAMILY TRUST; MIKE
                               ABATTI FARMS, LLC; JAMES ABATTI;
25                             THE ABATTI FAMILY TRUST DATED
                               JULY 21, 2005; MADJAC FARMS, INC.;
26                             MARGARET L. ABATTI; THE ABATTI
27                             FAMILY TRUST DATED AUGUST 7,

28

- 2 -                          Case No. 22-cv-1323-MMA-KSC
JOINT MOTION AND STIPULATION RE LENGTH OF DEFENDANTS' REPLY ISO
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT
61388857.v1

1  1991; ROBERT PRESLEY; DANA
2  PRESLEY; SMOKE TREE RANCHES,
3  LLC; ALEX ABATTI, JR.; LA VALLE
4  SABBIA, INC.; THE C. ALEX ABATTI,
5  JR. 1996 FAMILY TRUST UDT DATED
6  FEBRUARY 2, 1996; RUSSELL BROS.
7  RANCHES, INC.; NOWLIN FAMILY
8  LLC; VICTOR THOMSON TRUST;
9  THOMSON INFINITY X I & QUASAR Z
10 Q JT; OSBORN FAMILY TRUST &
11 STACEY L. LOVE TRUST; STEVE G
12 DAHM TRUST; HAROLD E. RICHTER
13 REVOCABLE TRUST; RICHTER 1991
14 FAMILY TRUST EXEMPTION TRUST;
15 ROY F. RICHTER FAMILY REVOCABLE
16 LIVING TRUST; MARY A. JACKSON;
17 MARY A. AND CHRISMAN B. JACKSON
18 TRUST DATED FEBRUARY 22, 1993;
19 AND THE TODD AND JENNIFER
20 MITOSINKA FAMILY TRUST

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, the undersigned filer hereby certifies that the content of this document is acceptable H. Christopher Bartolomucci, counsel for Plaintiffs, and that I have obtained his authorization to affix his electronic signature to this document.

Dated:  March 28, 2023

NOSSAMAN LLP
FREDERIC A. FUDACZ
JENNIFER L. MEEKER
GINA R. NICHOLLS
RAVEN MCGUANE

By:   */s/Jennifer L. Meeker*

Attorneys for Defendants IMPERIAL IRRIGATION DISTRICT, ALEX CARDENAS; JAVIER GONZALEZ; J.B. HAMBY; KARIN EUGENIO; and GINA DOCKSTADER, in their official capacities as members of the Board of Directors