# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ABATTI, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>IMPERIAL IRRIGATION DISTRICT, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 22-cv-1323-MMA (KSC)<br><br>**NOTICE AND ORDER PROVIDING TENTATIVE RULING RE: MOTION TO DISMISS**<br><br>[Doc. No. 17] |

On September 6, 2023, the parties in this action will appear before the Court for a hearing on Defendants' motion to dismiss. *See* Doc. No. 17. In anticipation of the hearing, the Court issues the following tentative ruling:

The Court tentatively **GRANTS** Defendants' motion to dismiss based on the doctrine of res judicata. As this ruling is tentative, the Court looks forward to the oral arguments of counsel.

**IT IS SO ORDERED**.

Dated: September 1, 2023

　　　　　　　　　　　　　　　　　　　_/s/ Michael M. Anello_
　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　United States District Judge